Max J. Heinberg and Antonia Heinberg as late co-partners under the firm name of Heinberg Brothers & Company, Plaintiffs in Error, v. William Numsen & Sons, a corporation, Defendant in Error.

### In Banc.

Writ of error to Circuit Court, Escambia county; Lucius J. Reeves, Judge.

John C. Avery (with whom was J. Campbell Avery on the brief) for plaintiffs in error.

Blount & Blount and S. Pasco, Jr., for defendant in error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision *Per Curiam*.